

# Fourth Court of Appeals
## San Antonio, Texas

September 3, 2014

No. 04-14-00470-CV

**IN THE INTEREST OF A.G., A CHILD,**

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-PA-01929
Honorable Fred Shannon, Judge Presiding

## O R D E R

This is an appeal from a judgment terminating appellant mother's parental rights. Appellant's court-appointed appellate counsel has filed a brief and motion to withdraw pursuant to *Anders v. California*, 386 U.S. 738 (1967), in which he asserts there are no meritorious issues to raise on appeal. *See In re RR*, No. 04-03-00096-CV, 2003 WL 21157944 (Tex. App.—San Antonio May 21, 2003, order) (holding that *Anders* procedures apply to appeals from orders terminating parental rights), *disp. on merits*, 2003 WL 22080522 (Tex. App.—San Antonio Sept. 10, 2003, no pet.) (mem. op.). Counsel has informed appellant of her right to obtain and review the record and file her own brief. *See id.*; *Nichols v. State*, 954 S.W.2d 83, 85-86 (Tex. App.—San Antonio July 23, 1997, no pet.); *Bruns v. State*, 924 S.W.2d 176, 177 n.1 (Tex. App.—San Antonio 1996, no pet.). Counsel provided appellant with a form for requesting the record and instruction on filing same. *See Kelly v. State*, No. PD-0702-13, 2014 WL 2865901 (Tex. Crim. App. June 25, 2014). Appellant did not file the form with this court or otherwise request the record.

If appellant desires to file a pro se brief, we **order** that she do so on or before **October 3, 2014**. If appellant files a timely pro se brief, appellee may file a responsive brief no later than twenty days after appellant's pro se brief is filed in this court. We further **order** the motion to withdraw filed by appellant's counsel held in abeyance pending further order of the court.

We further **order** the clerk of this court to serve a copy of this order on appellant and all counsel.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of September, 2014.

_____
Keith E. Hottle
Clerk of Court